STATE EX REL. PALAGI, RESPONDENT, *v.* HUTTON ET AL., APPELLANTS.

(No. 6,157.)

(Submitted November 20, 1927. Decided December 10, 1927.)

[262 Pac. 172.]

(For syllabus, see *State ex rel. Palagi* v. *Freeman,* ante, p. 132.)

*Appeal from District Court, Cascade County; W. H. Meigs, Judge.*

PROCEEDING by the State, on the relation of Guy Palagi, Chief Probation Officer, against Victor Hutton, alleged delinquent juvenile, and his parents. From the judgment entered and an order denying a new trial, defendants appeal. Reversed and remanded.

*Mr. F. E. Ewald,* for Appellants.

*Mr. L. A. Foot,* Attorney General, and *Mr. I. W. Choate,* Assistant Attorney General, for Respondent.

MR. JUSTICE MATTHEWS delivered the opinion of the court.

The questions raised in this case are identical with those involved in the appeal of Patrick Freeman et al. in the case entitled *State ex rel. Guy Palagi* v. *Patrick Freeman et al.,* ante, p. 132, 262 Pac. 168. The facts herein are sufficiently stated in the opinion in the *Freeman Case.*

Upon the authority of that case, the judgment is reversed and the proceeding remanded to the district court of Cascade county for further proceedings in conformity with what is said in that opinion, and with the Juvenile Delinquency Act (Rev. Codes 1921, secs. 12275–12301).

*Reversed and remanded.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES MYERS, STARK and GALEN concur.